1 | PROBER & RAPHAEL, A LAW CORPORATION
2 | DEAN R. PROBER, ESQUIRE, #106207
    LEE S. RAPHAEL, ESQUIRE #180030
3 | CASSANDRA J. RICHEY, ESQUIRE #155721
    DAVID F. MAKKABI, ESQ., #249825
4 | MELISSA VERMILLION, ESQUIRE #241354
    WILLIAM K. HONG, ESQUIRE #266690
5 | 20750 Ventura Boulevard, Suite 100
6 | Woodland Hills, California 91364
    (818) 227-0100
7 | (818) 227-0101 facsimile
    H.074-300
8 | Attorneys for Objecting Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 1:10-bk-13110-GM |
|---|---|---|
| BIBIANA MIRANDA, | ) | Chapter 13 |
| Debtor. | ) | OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF; DECLARATION IN SUPPORT |
| | ) | 341A Hearing - |
| | ) | Date : 04/21/10 |
| | ) | Time : 11:00 a.m. |
| | ) | Place: 21051 Warner Center Lane |
| | ) | Woodland Hills, CA |
| | ) | Room 105 |
| | ) | |
| | ) | Confirmation Hearing: |
| | ) | Date : 05/25/10 |
| | ) | Time : 1:30 p.m. |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 21041 Burbank Blvd. |
| | ) | Woodland Hills, CA |
| | ) | Courtroom 303 |

U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust,

1

Mortgage Loan Asset-Backed Certificate, Series 2007-4, its assignees and/or successors in interest, secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of that certain Chapter 13 Plan (the "Plan") proposed by Debtor:

### FAILURE OF PLAN TO REQUIRE THE MAINTENANCE OF POST-PETITION PAYMENTS

The Debtor's proposed Chapter 13 Plan fails to require the maintenance of the ongoing post-petition monthly payments as required by 11 U.S.C. § 1322(b)(5) and the Bankruptcy Appellate Panel for the Ninth Circuit. In Re Gavia, 24 B.R. 573 (9th Cir. BAP 1982).

### LACK OF ADEQUATE FUNDING

The Plan is not adequately funded. 11 U.S.C. §1325(a)(5)(B)(ii) requires full payment of the allowed claim of this objecting Secured Creditor. The Proof of Claim filed by this creditor establishes total pre-petition arrearages in the amount of $72,731.20, an amount not provided for in the plan. Thus, the Plan does not provide adequate protection of this creditor's interests as required by 11 U.S.C. §361, and does not meet the "feasibility" requirement of 11 U.S.C. §1325(a)(6).

### LACK OF GOOD FAITH

The Debtor's co-obligor Fernando Martinez filed two prior Chapter 13 cases (1:08-bk-19949 KT –dismissed 12/31/08; and 1:09-bk-11049 KT- filed 2/2/09 and dismissed 3/4/09), which listed the property address 8847 Willis Ave., **Unit 35**, Panorama City, CA. Bibiana Miranda, an obligor on the Note and Deed of Trust for 8847 Willis Ave., **Unit 35**, Panorama City, CA, has now filed a Chapter 13 case describing the property address as "8847 Willis Avenue, **Unit #D11**, Panorama City , CA but the loan number on Debtor's schedule "D" is the same loan number as that for 8847 Willis Ave., **Unit 35**, Panorama City, CA.

This is the third bankruptcy case filed by the obligors for **Unit 35** in the past

eighteen (18) months.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor, be denied.

WHEREFORE, secured creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For dismissal of the Chapter 13 proceeding with a 180 day bar to refiling in any chapter pursuant to 11 U.S.C. §109(g).

(3) For such other relief as this Court deems proper.

Dated: April 13, 2010                                            Prober & Raphael, A Law Corporation


By /s/ David F. Makkabi
DAVID F. MAKKABI, ESQ., #249825
Attorneys for Secured Creditor

DECLARATION OF _Mark Ioli,_

I, _Mark Ioli_, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. Home Loan Services, Inc. is the duly authorized and acting servicing agent on behalf of U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate, Series 2007-4, its assignees and/or successors in interest, Secured Creditor herein. It is in the regular course and scope of business for Home Loan Services, Inc. to prepare and maintain books and records relating to the status of the servicing of Secured Creditor's Trust Deed.

3. I am the employee of Home Loan Services, Inc. and have authority to certify its records.

4. This objecting secured creditor holds the first trust deed on the subject property generally described as **8847 Willis Avenue, Unit 35, Panorama City, California**. As of March 18, 2010, the amount in default was actually $72,731.20, representing monthly payments and late charges due from May 1, 2008 through March 1, 2010, foreclosure costs/Trustee's fees, but not including attorneys' fees incurred with respect to the default. Said sum does not include the <u>additional</u> interest that is <u>also due</u> over the term of the Plan. A true and complete breakdown of the arrearages is set forth in the Proof of Claim, a copy of which is attached hereto as **Exhibit "1"** and is incorporated fully herein by reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _14Th_ day of April, 2010, at Pittsburgh, Pennsylvania.

_Mark Iol._
Loan # XXXX6561
H.074-300

1

# SPECIAL NOTICE

## THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

### CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate, Series 2007-4's attorneys in writing within 30 days that all or a part of your obligation or judgment to U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate, Series 2007-4 is disputed, then U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate, Series 2007-4's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to U.S. Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate, Series 2007-4. In addition and upon your written request within 30 days, you will be provided with the

1  name and address of the original creditor, if different from the current creditor.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, ALC, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

The foregoing document described OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF; DECLARATION IN SUPPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  Elizabeth (SV) F Rojas cacb_ecf_sv@ch13wla.com
  United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
  David F. Makkabi cmartin@pprlaw.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 4/14/10  4/ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/14/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

**II.**          **SERVED BY U.S. MAIL**

Hon. Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

Bibiana Miranda
8847 Willis Ave. Unit D11
Panorama City, CA 91402
Debtor In Pro Se

Elizabeth F. Rojas
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
Chapter 13 Trustee

2